**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF GEORGIA

Case number *(if known)* _____  Chapter __7__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | McEachern Site Services, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-4270706 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 5463 Highway 138 <br> Oxford, GA 30054 <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| Walton <br> County | **Location of principal assets, if different from principal place of business** <br> 5463 Highway 138 SW Oxford, GA 30054 <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor  __McEachern Site Services, LLC_____  Case number (*if known*)_____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor  McEachern Site Services, LLC _____  Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
          Contact name _____
          Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*
☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  McEachern Site Services, LLC _____  Case number (*if known*) _____
            Name

| Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 30, 2023
               MM / DD / YYYY

**X**  /s/   Scotty Key                                           Scotty Key
       Signature of authorized representative of debtor           Printed name

Title   CEO

**18. Signature of attorney**

**X**  /s/ Kevin Cowart                            Date  July 30, 2023
       Signature of attorney for debtor                  MM / DD / YYYY

Kevin Cowart 191898
Printed name

The Cowart Law Firm P.C.
Firm name

P.O. Box 892
Roswell, GA 30077
Number, Street, City, State & ZIP Code

Contact phone   (706) 438-1000      Email address   kevinjcowart@gmail.com

191898 GA
Bar number and State

404 Concrete Trucking LLC
2547 Lithonia West Dr
Lithonia, GA 30058

Bizfund LLC
2371 McDonald Ave
Brooklyn, NY 11223

Brown Oil
205 East Spring St
Monroe, GA 30655

Business Capital Providers
2501 Hollywood Blvd Suite 210
Hollywood, FL 33020

Carl Burnett
5400 Laurel Springs pkwy bldg 100 suite
Suwanee, GA 30024

Central Atlanta Tractor Sales
4240 Martin Luther King Jr Dr
Atlanta, GA 30336

Centralized Insolvency
2970 Market St, Mail Stp 5-Q30. 133
Philadelphia, PA 19104-5016

Clearwater Fiber
PO Box 808
Harrisburg, IL 62946

CMB Design Group LLC
5400 Laurel Springs Pkwy Bldg 100 Suite
Suwanee, GA 30024

Colonial Life
PO Box 1365
Columbia, SC 29202

Equiptment Air Conditioning
110 Walter Way Unit 569
Stockbridge, GA 30281

Equiptment Share
PO Box 650429
Dallas, TX 75265

Fuelman
PO Box 70887
Covington, LA 70434

Georgia Department of Revenue
1800 Century Blvd, Suite 15118
Atlanta, GA 30345

Headway Capital LLC
175 W Jackson Blvd Suite 100
Chicago, IL 60604

Heavy Machines LLC
PO Box 306330
Nashville, TN 37230

Herc Rentals
27500 Riverview Center Blvd
Bonita Springs, FL 34134

Jensens Concrete Pumping, INC
1092 West Atlanta ST SE Bld 1900
Marietta, GA 30060

Luckstone
PO Box 28871
Henrico, VA 23242

Marnier Finance
1543 Hwy 138, Ste 0
Conyers, GA 30013

Mulligan Funding LLC
4715 Viewridge Ave Suite 100
San Diego, CA 92123

NAPA Auto Parts
PO Box 409043
Atlanta, GA 30384

Occupational Health Center of GA
PO Box 82730
Atlanta, GA 30354

Old Castle
27 Amlajack Blvd
Newnan, GA 30265

Profence
35 JuniperCt
Covington, GA 30016

Progressive Mtn Insurance
Dept 0561
Carol Stream, IL 60132

Ready Rental All Inc
1335 Access Rd
Covington, GA 30016

Small Business Admin
PO Box 3918
Portland, OR 97208

```
Spicer Group
230 S Washington Ave
Saginaw, MI 48607


Tax Incentive Agency Inc
401 East Sonterra Blvd Ste 375
San Antonio, TX 78258


Tayne Law Group P.C.
135 Pinelawn Rd, Suite 250N
Melville, NY 11747


Yak Mat
2438 Hwy 98 E
Columbia, MS 39429
```

# United States Bankruptcy Court
## Middle District of Georgia

In re: McEachern Site Services, LLC
Debtor(s)

Case No.
Chapter 7

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for McEachern Site Services, LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

July 30, 2023
**Date**

/s/ Kevin Cowart
Kevin Cowart 191898
Signature of Attorney or Litigant
Counsel for McEachern Site Services, LLC
The Cowart Law Firm P.C.
P.O. Box 892
Roswell, GA 30077
(706) 438-1000  Fax:
kevinjcowart@gmail.com